October 28, 2005

Mr. Raul A. Gonzalez
Locke Liddell & Sapp LLP
100 Congress Ave., Suite 300
Austin, TX 78701

Mr. James Craig Orr Jr.
Heygood Orr & Reyes, L.L.P.
909 Lake Carolyn Parkway, Suite 1700
Irving, TX 75039
Honorable Merrill Hartman
Judge, 192nd District Court
600 Commerce Street, 4th Floor, Suite 443
Dallas, TX 75202-4606

RE: Case Number: 04-0119
 Court of Appeals Number: 05-03-01624-CV
 Trial Court Number: 02-12100-K

Style: IN RE WEEKLEY HOMES, L.P.

Dear Counsel:

 Today the Supreme Court of Texas conditionally granted the petition
for writ of mandamus and delivered the enclosed opinion in the above-
referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|